Case 5:19-cv-00741-LCB   Document 54   Filed 09/30/20   Page 1 of 1
Case: 20-11310   Date Filed: 09/30/2020   Page: 1 of 1

FILED
2020 Sep-30  PM 01:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 20-11310-JJ

KIRBY INGRAM,

                Plaintiff - Appellant,

versus

LOUIS KUBIK,
BLAKE DORNING,
KEVIN TURNER,

                Defendants - Appellees.

Appeal from the United States District Court
for the Northern District of Alabama

ORDER:

The "Motion of the Alabama Disabilities Advocacy Program, the National Police Accountability Project, and Rights Behind Bars for Leave to File Brief of *Amici Curiae*" is GRANTED.

                /s/ Britt C. Grant
                UNITED STATES CIRCUIT JUDGE